UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NEVADA SPEEDWAY, LLC, d/b/a LAS VEGAS MOTOR SPEEDWAY,

    Plaintiff,

vs.

ULTIMATE LININGS, LTD.,

    Defendant.

Case No. 2:09-cv-01265-RCJ-GWF

**ORDER**

On July 12, 2010, Defendant filed notice of settlement and a withdrawal of its motion to extend discovery (#59). Accordingly,

**IT IS HEREBY ORDERED** that the hearing in this matter currently set for **July 15, 2010** at 11:00 a.m. is **vacated**.

**IT IS FURTHER ORDERED** that Defendant's Motion for an Extension of Time to Complete Discovery and Concurrent Motion for Leave of Court to Take More than Ten Depositions (#57) is **deemed withdrawn**.

DATED this 13th day of July, 2010.

GEORGE FOLEY, JR.
United States Magistrate Judge